IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JERMAINE DUANE IRVIN
Reg. #45966-177                                                       PETITIONER

v.                              No. 2:18-cv-179-DPM

DEWAYNE HENDRIX, Warden, FCI-
Forrest City Medium; GENE BEASLEY,
Former Warden, Federal Bureau of Prisons;
C.V. RIVERA, Former Warden, Federal Bureau
Of Prisons; S. ROBERTS, Inmate Records
Supervisor, Forrest City Correctional Complex –
Medium; DEE ANDERSON, Sheriff, Tarrant
County Texas; JOSHUA BURGESS, Assistant
U.S. Attorney, Department of Justice, Fort
Worth Division; SHAWN SMITH, Assistant
U.S. Attorney, Department of Justice, Fort
Worth Division; and JEFF SESSION, U.S.
Attorney General                                                      RESPONDENTS

ORDER

On *de novo* review, the Court adopts the recommendation, № 3, and overrules Irvin's objection, № 4. FED. R. CIV. P. 72(b)(3). Irvin's claim would fare no better as a *Bivens* claim. *E.g.*, *Clay v. Missouri*, 2014 WL 260097 (E.D. Mo. 2014). His motion to amend, № 4, is therefore denied. The petition will be dismissed without prejudice. Irvin's motion for leave to proceed *in forma pauperis*, № 1, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 January 2019