# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

**JERMAINE DUANE IRVIN**
**Reg. #45966-177**                                    **PETITIONER**

v.                              **No. 2:18-cv-179-DPM**

**DEWAYNE HENDRIX, Warden, FCI-**
**Forrest City Medium;   GENE BEASLEY,**
**Former Warden, Federal Bureau of Prisons;**
**C.V. RIVERA, Former Warden, Federal Bureau**
**Of Prisons;   S. ROBERTS, Inmate Records**
**Supervisor, Forrest City Correctional Complex –**
**Medium;   DEE ANDERSON, Sheriff, Tarrant**
**County Texas;   JOSHUA BURGESS, Assistant**
**U.S. Attorney, Department of Justice, Fort**
**Worth Division;   SHAWN SMITH, Assistant**
**U.S. Attorney, Department of Justice, Fort**
**Worth Division;    and JEFF SESSION, U.S.**
**Attorney General**                            **RESPONDENTS**

## JUDGMENT

Irvin's petition is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_7 January 2019_